**310**

**UNITED STATES of America ex rel. Samuel CONYERS H-2735**

v.

**Alfred T. RUNDLE, Appellant.**

No. 18335.

United States Court of Appeals,
Third Circuit.

Submitted on Briefs May 19, 1970.

Decided June 10, 1970.

Louis S. Minotti, Jr., Asst. Dist. Atty., Easton, Pa., for appellant.

Patrick James O'Connor, Pepper, Hamilton & Scheetz, Philadelphia, Pa., for appellee.

Before ALDISERT and ADAMS, Circuit Judges, and HIGGINBOTHAM, District Judge.

OPINION OF THE COURT

PER CURIAM:

The order of the District Court, 300 F.Supp. 422, will be affirmed.

**UNITED STATES of America, Plaintiff and Appellee,**

v.

**Antonio Amador BERUMEN, Appellant.**

No. 24675.

United States Court of Appeals,
Ninth Circuit.

June 3, 1970.

Robert L. Pippin, San Diego, Cal., for appellant.

Harry D. Stewart, U. S. Atty., Joseph A. Milchen, Asst. U. S. Atty., San Diego, Cal., for appellee.

Before CHAMBERS, ELY and HUFSTEDLER, Circuit Judges.

PER CURIAM:

The judgment of conviction is affirmed.

We find no error in the court's ruling on the motion to suppress. The jury instructions given in the trial court were not objected to by defendant's counsel. We find no plain error in the instructions. Perhaps defendant might have had some supplemental instructions had he requested them, but he did not.

**Robert Emmett GANGWER, Jr., Appellant,**

v.

**UNITED STATES of America, Appellee.**

No. 22289.

United States Court of Appeals,
Ninth Circuit.

April 2, 1970.

Before CARTER, Circuit Judge, and McNICHOLS, District Judge.

ORDER

PER CURIAM.

The petition for rehearing is granted, the prior opinion dated January 28, 1969, is withdrawn, the judgment is reversed and the case remanded to the trial court. Leary v. United States, 395 U.S. 6, 89 S.Ct. 1532, 23 L.Ed.2d 57 (1969); United States v. Scott, 425 F.2d 55 (9 Cir. 1970).